# Lee Litigation Group, PLLC

148 W. 24ᵀᴴ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

---

Writer's Direct: 212-465-1188
cklee@leelitigation.com

November 20, 2023

**Via ECF**
The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> All proceedings in this action are stayed until January 26, 2024, at which point the parties will jointly provide a status update to the Court regarding the status of the mediation proceedings.
> Date: November 21, 2023
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   *Sean Mahase v. Mavis Tire Supply LLC*
      Case No.: 1:23-cv-07111 (LJL)

Dear Judge Liman:

    We are counsel to Plaintiff in the above-referenced case. We write, jointly with Defendants, to inform the Court that the parties have agreed to attempt class mediation and to request that the Court stay all proceedings, including Defendant's Answer currently due to be filed on or before November 30, 2023.

    After several discussions, the parties have agreed to engage in private mediation with Martin Scheinman. The parties have scheduled this mediation for January 12, 2024.

    Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter two weeks after the parties' mediation date. If the parties are unable to reach a resolution at mediation, the parties propose that they, with their joint letter, submit a new Scheduling Order on or before January 26, 2024, a date which is two weeks after the mediation.

    As part of the agreement to mediation, the parties have agreed to toll the wage claims of putative collective members from October 3, 2023, until the end of this matter's stay.

    We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.