# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    (212) 465-1188
                    cklee@leelitigation.com

February 9, 2024

**Via ECF**
The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Motion denied. The initial pretrial conference will be scheduled for early March.
> Date: February 12, 2024
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   *Mahase v. Mavis Tire Supply LLC*
      Case No.: 1:23-cv-07111

Dear Judge Liman:

We are counsel to Plaintiff in the above referenced matter and write, jointly with counsel to Defendants, to provide a status update to the Court and to respectfully request a further extension of the current dates and deadlines.

Following continued post-mediation negotiations, Plaintiff is currently considering an offer and various proposals of resolution, and seeks an additional stay of three weeks to facilitate additional discussions.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF