UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN MAHASE, *on behalf of himself, FLSA Collective Plaintiffs and the Class,* <br><br> Plaintiff, <br><br> v. <br><br> MAVIS TIRE SUPPLY LLC <br> d/b/a MAVIS DISCOUNT TIRE, <br><br> Defendant. | Case No.: 1:23-cv-07111 <br><br> **[PROPOSED]** <br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant MAVIS TIRE SUPPLY LLC d/b/a MAVIS DISCOUNT TIRE ( "Defendant"), having offered to allow Plaintiff SEAN MAHASE ("Plaintiff") to take a judgment against it, in the sum of Seven Thousand Five Hundred Dollars and No Cents ($7,500.00), with respect to all of Plaintiff's individual FLSA claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 7, 2024 and filed as Exhibit A to Docket Number 20;

**WHEREAS**, on February 19, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 20);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff SEAN MAHASE, in the sum of $7,500.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 7, 2024 and filed as Exhibit A to Docket Number 20. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024    _____
      New York, New York                        U.S.D.J.